## AMERICAN CASUALTY CO v BRINSKY et

Ohio Appeals, 7th Dist, Lake Co

Decided Aug 31, 1934

Tuttle & Hubbard, Painesville, and E. A. Binyou, Cleveland, for plaintiff in error.
Giblin & Giblin, Painesville, for defendants in error.

For full opinion see 5 OO 146; 51 Oh Ap 298.